BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CLIFTON FRANK McWELLS,<br><br>　　　　　　Defendant. | CASE NO. 1:07-MJ-00137 SMS<br><br>ORDER |

The United States' motion to dismiss without prejudice the underlying UFAP complaint and recall the arrest warrant in the above referenced case, 07-MJ-00137 SMS against defendant CLIFTON FRANK McWELLS is GRANTED.

IT IS SO ORDERED.

Dated: __August 19, 2013__

_____
UNITED STATES MAGISTRATE JUDGE

1